**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**


RANDY L. FOUT                                                        PLAINTIFF

v.                                        Case No. 2:15-CV-2058

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                      DEFENDANT


### JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's

Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 1st day of December, 2015.


*/s/ P. K. Holmes,* III
_____

P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE